UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, etc.,<br>          Plaintiff(s),<br><br> v.<br><br>JOHN W. MURPHY,<br><br>          Defendant(s).<br>_____ / | No. C07-03737 SI<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

CHRISTINE J. LEVIN

Dated: August 10, 2007        _____
                              Signature

                              Counsel for Plaintiff
                              (Plaintiff, Defendant or indicate "pro se")

NDC-07