# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

U.S. SMALL BUSINESS ADMINISTRATION, as
Receiver for PROSPERO VENTURES, L.P.

E-filing

             Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

JOHN W. MURPHY,

CASE NUMBER:

C07-03737    SI

             Defendant.

TO: (Name and address of defendant)
JOHN W. MURPHY
751 Main Street
Hurwich, MA 02645

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Arlene P. Messinger, Esq.     and     Darryl J. Horowitt, Esq.
U.S. Small Business Administration     Coleman & Horowitt, LLP
Receiver for Prospero Ventures, L.P.    499 West Shaw, Suite 116
409 Third Street, S.W., 7th Floor     Fresno, CA 93704
Washington, DC 20416

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE    JUL 19 2007

NDCAO440

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District District of California

Case Number: C07-03737-SI

Plaintiff:
**U.S. Small Business Administration, Receiver for Prospero Ventures, L.P.**

vs.

Defendant:
**John W. Murphy**

Received by MASS CONSTABLE SERVICE to be served on **JOHN W. MURPHY, 751 Main St., Harwich, MA 02645**.

I, John P McMullen, do hereby affirm that on the **14th day of August, 2007** at **7:50 am**, I:

Served a true and attested copy of the **USDC Summons; Complaint; Order Setting Initial CMC and ADR Deadlines; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Plaintiff's Consent to Proceed Before a United States Magistrate Judge; Filing Guidelines; EFC Registration Informational Handout; ADR Certification by Parties and Counsel; Instructions for Completion of ADR Forms; Notice of Need for ADR Phone Conference; Notice of Need for Mediation; Stipulation and Proposed Order Selecting ADR Process; and ADR Dispute Resolution Procedures Handbook** to John W. Murphy in the following manner, by delivering in hand to **Victor Brunka**. Said service was made at **751 Main St., Harwich, MA 02645**.

I certify that I am over the age of 18, have no interest in the above action.

John P McMullen
Process Server

**MASS CONSTABLE SERVICE**
**1004 Pheasant Lane**
**Middleboro, MA 02346**
**(508) 946-6914**

Our Job Serial Number: 2007001763
Ref: 1875.01

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5l