UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. SMALL BUSINESS
ADMINISTRATION, as Receiver
for PROSPERO VENTURES, L.P.
                    Plaintiff(s),

            v.

JOHN W. MURPHY

                    Defendant(s).

_____/

Case No. C07-03737 SI


ADR CERTIFICATION BY PARTIES
AND COUNSEL


        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        (1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

        (3) Considered whether this case might benefit from any of the available dispute
resolution options.


Dated: __October 2,__ 2007


_____
[Party]
Brian S. Stern
Principal Member for the Receiver


Dated: __October 2,__ 2007


_____
[Counsel]
DARRYL J. HOROWITT


┌─────────────────────────────────────────────────────────────────────┐
│ When filing this document in ECF, please be sure to use the ADR Docket Event entitled │
│ "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options." │
└─────────────────────────────────────────────────────────────────────┘


I attest that concurrence in the filing of this document has been obtained from Brian S. Stern.



DARRYL J. HOROWITT