UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Small Business Administration, as
Receiver for Prospero Ventures, L.P.,
           Plaintiff(s),

Case No. 07-03737

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

John W. Murphy,

           Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Oct. 17, 2007

                                                                             John W Murphy
                                                                             [Party]

Dated: 10-18-07

                                                                             [Counsel]