ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

November 15, 2007

Arlene P. Messinger
US Small Business Administration
409 3rd St SW 7th Flr
Washington, DC 20416
TEL #UNKNOWN

Darryl J. Horowitt
Christine Jean Levin
Coleman & Horowitt, LLP
499 W. Shaw Ave., Ste. 116
Fresno, CA 93704
TEL #559-248-4820

John Dennis O'Connor
Attorney at Law
One Embarcadero Center, Suite 1020
San Francisco, CA 94111
TEL #415-782-0230


Re:   U.S. Small Business Administration v. Jarrat Enterprises Limited Partnership
      Case No. C 07-03736 EMC MED

      U.S. Small Business Administration v. Murphy
      Case No. C 07-03737 SI MED

      U.S. Small Business Administration v. Rainbow Enterprises
      Case No. C 07-03738 JCS MED

      U.S. Small Business Administration v. Emery
      Case No. C 07-03741 JCS MED

Dear Counsel:

   The ADR Program would like to convene a conference call with Howard A. Herman, ADR Program Director, to discuss the Mediation referrals. We would like to schedule this for **Wednesday, November 21, 2007 at 10:00 a.m PST.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Re: 07-3736 EMC MED
07-3737 SI MED
07-3738 JCS MED
07-3741 JCS MED
Letter to All Counsel
November 15, 2007
Page 2

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator