UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S. Small Business Administration, as Receiver for Prospero Ventures, L.P.

    Plaintiff(s),

v.

John W. Murphy

    Defendant(s).

No. C07-03737 SI

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 20, 2007

Signature

Counsel for ___Defendant___
(Plaintiff, Defendant or indicate "pro se")