# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| U.S. Small Business Administration, | 07-03732 MEJ MED |
| Plaintiff(s), | 07-03736 EMC MED |
| v. | 07-03737 SI MED |
| Jane C. Sloane, | 07-03738 JCS MED |
| Jarrat Enterprises Limited Partnership, | 07-03739 EDL MED |
| Murphy, | 07-03747 JCS MED |
| Rainbow Enterprises, | |
| Sloane, | |
| Emery, | **Notice of Appointment of Mediator** |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to these cases is:

**James Barber**
Attorney at Law
55 Amigo Lane
Walnut Creek, CA 94596
925-210-0363

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

---

**Notice of Appointment of Mediator**
07-03732 MEJ MED
07-03736 EMC MED
07-03737 SI MED
07-03738 JCS MED
07-03739 EDL MED
07-03741 JCS MED

- 1 -

governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: November 29, 2007

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

---
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03732 MEJ MED
07-03736 EMC MED
07-03737 SI MED
07-03738 JCS MED
07-03739 EDL MED
07-03741 JCS MED

- 2 -