**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., | No. C 07-3732 MEJ<br>Related Cases<br>No. C 07-3733 MEJ |
| Plaintiff(s), | No. C 07-3735 MEJ |
| vs. | No. C 07-3736 MEJ<br>No. C 07-3737 MEJ |
| JANE C. SLOANE, | No. C 07-3738 MEJ<br>No. C 07-3739 MEJ<br>No. C 07-3740 MEJ |
| Defendant(s). | No. C 07-3741 MEJ |
| AND RELATED CASES | **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge

because either:

_____  (1) One or more of the parties has requested reassignment to a United States District Judge, or

__X__  (2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____  (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated: December 13, 2007

_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk