**United States District Court**
For the Northern District of California

1

2              IN THE UNITED STATES DISTRICT COURT

3

4              FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    U.S. SMALL BUSINESS                    No.  C 07-3732  VRW
     ADMINISTRATION, as Receiver for Prospero    **Related Cases:**
     Ventures, L.P.,                         C07-3733, C07-3735, C07-3736, C07-3737,
7                                            C07-3738, C07-3739, C07-3740 and
                                             C07-3741
8              Plaintiff,

9        v.                                  **CLERK'S NOTICE**

10   JANE C. SLOANE, et al.,

11             Defendant.
     _____/

12   AND RELATED CASES
     _____/

13

14   (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the

15   Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

16

17         YOU ARE NOTIFIED THAT a Case Management Conference has been scheduled for

18   the above related cases **on Thursday, January 10, 2008 at 3:30 p.m.**   To prepare for the

19   conference, the parties shall review and comply in all respects with the requirements of Civil L.R.

20   16-9 & L.R. 16-10.  Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue,

21   San Francisco, California.

22   Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable

23   to reach a stipulation, the requesting party shall submit an exparte application with a proposed

24   order.

25   Dated: December 26, 2007

26                                           FOR THE COURT,
                                             Richard W. Wieking, Clerk
27
                                             *Cora Klein*
28                                    By: _____
                                             Cora Klein, Courtroom Deputy Clerk to
                                             Chief Judge Vaughn Walker