UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : __March 20, 2008__

**C 07-3732 VRW US SBA as Receiver for Prospero Ventures LP  v  Jane C Sloane et al
Related cases:
C 07-3733, C07-3735, C07-3736, C07-3737, C07-3738, C07-3739, C07-3740, C07-3741**

Attorneys : For Plaintiff(s):   __Christine Levin__

For Defendant(s):   __Bradley Kaplan__

Deputy Clerk: __Cora Klein__                      Reporter: __not reported__

PROCEEDINGS:                                      RULING:
1. _____             _____
2. _____             _____
3. _____             _____

Case Management Conference - Held

ADR to be used:

Fact Discovery Cutoff:  __9/30/08__        Designation of Experts/Reports:  __11/28/08__
Rebuttal Expert/Report:  __12/18/08__      Experts Discovery Cutoff:  __01/30/09__

SCHEDULE:

DISPOSITIVE MOTIONS HEARING:  __November 6, 2008 at 2:30 p.m.__
File Motion:                   Opposition:                   Reply:

PRETRIAL CONFERENCE:   __January 29, 2009 at 3:30 pm__

Notes: Motions date: May 8, 2008 at 2:30 pm.

Order to be prepared by:     Plntf_____     Deft_____     Court_x_