JOHN O'CONNOR
O'Connor & Associates
One Embarcadero Center, Suite 1020
San Francisco, CA 94111
Telephone: 415-693-9960
Facsimile: 415-981-0222

BRUCE A. SINGAL
DAMIEN C. POWELL
Donoghue, Barrett & Singal, P.C.
One Beacon Street
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P, <br><br> Plaintiff, <br><br> v. <br><br> JOHN W. MURPHY, <br><br> Defendant. | CASE NO. 07-03737 VRW <br><br> Related Cases: <br> C07-03739-VRW; C07-03736-VRW; <br> C07-03738-VRW; C07-03732-VRW; <br> C07-03741-VRW <br><br> UNOPPOSED MOTION FOR EXTENSION THROUGH APRIL 22, 2008 TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES |

NOW COMES Damien Powell, Counsel for Defendant in the above-referenced matter and respectfully requests that the current deadline of April 17, 2008 for Defendant's Opposition to the Plaintiff's Motion to Strike Affirmative Defenses be extended through and including April 22, 2008. In support of this request for a five-day extension, Counsel for the Defendant states as follows:

1. The hearing date for the Plaintiff's Motion is scheduled for May 8, 2008 at 2:30 p.m. The Plaintiff filed its Motion to Strike on April 3, 2008. Counsel for the Defendant was out of the office on paternity leave from April 5, 2008 until April 14, 2008.

2. Plaintiff's Motion to Strike involves complex issues of law which require a significant amount of research and analysis. Based on the complexity of the issues in this case, a brief period of additional time is needed to prepare the Defendant's Opposition.

3. So that there is no prejudice to the Plaintiff, Counsel for the Defendant is also requesting that the current deadline of April 24, 2008 for Plaintiff's reply to Defendant's Opposition be extended through and including April 29, 2008, seven days after the proposed deadline for Defendant's Opposition.

4. Plaintiff's counsel has informed Defendant's counsel that Plaintiff will not oppose this Motion for Extension as long as Plaintiff is afforded seven days to respond to Defendant's Opposition.

For the foregoing reasons, the Counsel for the Defendant respectfully requests that Court grant Defendant's Motion for An Extension. Counsel for the Defendant has attached a Proposed Order as Exhibit A.

Dated: April 16, 2008                    DONOGHUE, BARRETT & SINGAL, P.C.

                              By:    /s/ Damien Powell
                                     Damien Powell
                                     Attorney for Defendant
                                     *Appearance Pro Hac Vice*

                                     O'CONNOR & ASSOCIATES
                                     John O'Connor
                                     Attorney for Defendant,

Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P, <br><br> Plaintiff, <br><br> v. <br><br> JOHN W. MURPHY, <br><br> Defendant. | CASE NO. 07-03737 VRW <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION THROUGH APRIL 22, 2008 TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES |

This Court, having read and considered the moving papers in this matter, makes the following finding:

1. Defendant's Motion for an Extension Through April 22, 2008 to File An Opposition to Plaintiff's Motion to Strike Affirmative Defenses is Granted.

2. The deadline for Defendant's Opposition to Plaintiff's Motion to Strike shall be extended until April 22, 2008.

3. The deadline for Plaintiff's Reply to Defendant's Opposition shall be extended to April 29, 2008.

_____
Chief Judge Vaughn R Walker
United States District Court
Northern District of California

Dated: _____

# PROOF OF SERVICE

I, Damien C. Powell, admitted *pro hac vice* in the United States District Court, Northern District of California, declare:

I am a citizen of the United States of America and a resident of the Commonwealth of Massachusetts. I am over the age of eighteen (18) years. My business address is Donoghue, Barrett & Singal, P.C., 1 Beacon Street, Boston MA 02108. The business address of John O'Connor, Esq., the local counsel to the defendant, is One Embarcadero Center, Suite 1020, San Francisco, California 94111.

On April 16, 2008, I served the foregoing document(s) described as **DECLARATION OF DAMIEN POWELL, COUNSEL FOR DEFENDANT, AND MOTION FOR EXTENSION THROUGH APRIL 22, 2008 TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND [PROPOSED] ORDER THEREON** on the interested parties, at the addresses as stated below.

**Via First Class Mail:**

**Arlene P. Messinger**
US Small Business Administration
409 3rd Street, SW, 7th Floor
Washington, DC 20416
202-205-6857

**Via Electronic Mail:**

**Christine Jean Levin**
Coleman & Horowitt, LLP
499 W. Shaw Avenue
Suite 116
Fresno, CA 93704
559-248-4820
Email: clevin@ch-law.com

**Darryl J. Horowitt**
Coleman & Horowitt, LLP
Attorneys at Law
499 West Shaw Avenue
Suite 116
Fresno, CA 93704
559-248-4820
Fax: 559-248-4830
Email: dhorowitt@ch-law.com

**Via Federal Express Overnight:**

Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

    I declare under penalty of perjury that the foregoing is true and correct. Executed on April 16, 2008, in Boston, Massachusetts.

_____
Damien C. Powell