JOHN O'CONNOR
O'Connor & Associates
One Embarcadero Center, Suite 1020
San Francisco, CA 94111
Telephone: 415-693-9960
Facsimile: 415-981-0222

BRUCE A. SINGAL
DAMIEN C. POWELL
Donoghue, Barrett & Singal, P.C.
One Beacon Street
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P, <br><br> Plaintiff, <br><br> v. <br><br> JOHN MURPHY, <br><br> Defendant. | CASE NO. 07-03737 VRW <br><br> Related Cases: <br> C07-03739-VRW; C07-03736-VRW; <br> C07-03732-VRW; C07-03738-VRW; <br> C07-03741-VRW <br><br> **OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE, OR, ALTERNATIVELY MOTION FOR JUDGMENT ON PLEADINGS** <br><br> [Filed concurrently with Memorandum of Points, and Proposed Order] <br><br> Date of Hearing: May 8, 2008 <br> Time: 2:30 p.m. <br> Ctrm: 6, 17th Floor |

Defendant John Murphy opposes the Plaintiff's Motion to Strike Affirmative Defenses, or, Alternatively for Judgment on the Pleadings.

In support of this Opposition, Defendant relies on the accompanying Memorandum of Points of Authorities and any arguments which may be presented at the hearing on this matter.

Dated:   April 22, 2008                              DONOGHUE, BARRETT & SINGAL, P.C.

             By:     */s/ Damien C. Powell*
                Damien C. Powell
                Attorney for Defendant
                *Appearance Pro Hac Vice*

                O'CONNOR & ASSOCIATES
                John O'Connor
                Attorney for Defendant

# PROOF OF SERVICE

I, Damien C. Powell, admitted *pro hac vice* in the United States District Court, Northern District of California, declare:

I am a citizen of the United States of America and a resident of the Commonwealth of Massachusetts. I am over the age of eighteen (18) years. My business address is Donoghue, Barrett & Singal, P.C., 1 Beacon Street, Boston MA 02108. The business address of John O'Connor, Esq., the local counsel to the defendant, is One Embarcadero Center, Suite 1020, San Francisco, California 94111.

On April 22, 2008, I served the foregoing document(s) described as **OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE, OR, ALTERNATIVELY MOTION FOR JUDGMENT ON PLEADINGS** on the interested parties, at the addresses as stated below.

**Via First Class Mail:**

**Arlene P. Messinger**
US Small Business Administration
409 3rd Street, SW, 7th Floor
Washington, DC 20416
202-205-6857

**Via Electronic Mail:**

**Christine Jean Levin**
Coleman & Horowitt, LLP
499 W. Shaw Avenue
Suite 116
Fresno, CA 93704
559-248-4820
Email: clevin@ch-law.com

**Darryl J. Horowitt**
Coleman & Horowitt, LLP
Attorneys at Law
499 West Shaw Avenue
Suite 116
Fresno, CA 93704
559-248-4820
Fax: 559-248-4830
Email: dhorowitt@ch-law.com

3

1 | **Via Federal Express Overnight:**

2 | Hon. Vaughn R. Walker
3 | U.S. District Court, Northern District
4 | 450 Golden Gate Avenue
  | San Francisco, CA 94102

5 |
6 |     I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2008, in Boston, Massachusetts.

7
8
9
10 |                                               _____
                                                 Damien C. Powell

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28