**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:**  June 19,  2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**    Belle Ball

**CASE NO.**  C 07-3732   VRW US SBA as Receiver for Prospero Ventures v Jane Sloane
**Related case:** C07-3736 VRW US SBA v Jarrat Enterprises
            C07-3737 VRW US SBA v John Murphy
            C07-3738 VRW US SBA v Rainbow Enterprises
            C07-3739 VRW US SBA v John Sloane
            C07-3741 VRW US SBA v Donald Emery

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**
Darryl Horowitt                Bruce Singal

**PROCEEDINGS:**
 Pla's Motion for Judgment on the Pleadings/Strike - not heard. Counsel informed the court that all cases have settled except for two, **C07-3737  US SBA v John Murphy** and **C07-3741  US SBA v Donald Emery**.

The remaining cases are scheduled for a case management conference and to report the status of the settlement on August 7, 2008 at 3:30 PM.