**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :   August 7,  2008

**C07-3737  VRW**

US SBA as Receiver for Prospero Ventures LP   **v**   John M Murphy

Attorneys : For Plaintiff(s):    Darryl Horowitt

          For Defendant(s):    Bradley Kaplan

Deputy Clerk: Cora Klein            Reporter: not reported

PROCEEDINGS:

                                              RULING:

1. _____    _____

2. _____    _____

3. _____    _____

Case Management Conference and report to the court the status of the settlement- Held.

Plaintiff's counsel informed the court that the matter has been resolved and the parties' will be filing stipulation for dismissal.