1  ARLENE P. MESSINGER
   Assistant General Counsel for SBIC Enforcement
2  U.S. Small Business Administration
   Receiver for Prospero Ventures, L.P.
3  409 Third Street, S.W., 7th Floor
   Washington, DC 20416
4  Telephone: (202) 205-6857
   Facsimile: (202) 481-0325
5
   DARRYL J. HOROWITT #100898
6  CHRISTINE J. LEVIN #192181
   COLEMAN & HOROWITT, LLP
7  Attorneys at Law
   499 West Shaw, Suite 116
8  Fresno, California 93704
   Telephone: (559) 248-4820
9  Facsimile: (559) 248-4830

10 Attorneys for Plaintiff,
   U.S. SMALL BUSINESS ADMINISTRATION,
11 as Receiver for PROSPERO VENTURES, L.P.

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

| 15 | U.S. SMALL BUSINESS | NO.   C 07-03737 VRW |
|---|---|---|
| 16 | ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., | **Related Cases:**<br>C 07-03732, C 07-03733, C 07-03735, |
| 17 | Plaintiff, | C 07-03736, C 07-03738, C 07-03739, C 07-03740, C 07-03741 |
| 18 | v. | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND** |
| 19 | JOHN W. MURPHY, | **[PROPOSED] ORDER** |
| 20 | Defendant. | |

21

22

23    This stipulation is entered into by and between plaintiff, U.S. SMALL BUSINESS

24  ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P. ("Plaintiff"), by and

25  through their attorneys, COLEMAN & HOROWITT, LLP, and defendant, JOHN W. MURPHY

26  ("Defendant"), In pro se as follows:

27                                **RECITALS**

28    This stipulation is entered into with the following facts taken into consideration:

*U.S. Small Business Administration, etc.*
*v. John W. Murphy*
Case No. C 07-03737 VRW

A.     The parties have entered into a settlement agreement which resolves all issues in this matter.

B.     Defendant has fully complied with the terms of the settlement agreement. As such, plaintiff is desirous of dismissing the action, with prejudice, as to defendant.

## STIPULATION

With the following facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties hereby stipulate and agree as follows:

1.    The complaint in the above-captioned matter shall be dismissed, with prejudice.

2.    This dismissal shall not constitute a dismissal of any of the related cases identified in the caption above.

3.    This stipulation may be executed in counterparts and a facsimile and/or electronic signature shall be considered as valid as an original.

Dated: August 21, 2008

COLEMAN & HOROWITT, LLP

By: _____
DARRYL J. HOROWITT
Attorneys for Plaintiff,
U.S. SMALL BUSINESS
ADMINISTRATION, as Receiver
for PROSPERO VENTURES, L.P.

REVIEW BY ATTORNEY WAIVED BY
DEFENDANT, JOHN W. MURPHY

Dated: August 21, 2008

JOHN W. MURPHY (pro se)
Defendant In Pro Se

2

*U.S. Small Business Administration, etc.*
*v. John W. Murphy*
Case No. C 07-03737 VRW

### [PROPOSED] ORDER

The parties having so stipulated, and good cause appearing therefor,

IT IS HEREBY ORDERED that the complaint shall be dismissed, with prejudice, against Defendant, JOHN W. MURPHY.

Dated: _____

                                        HON. VAUGHN WALKER
                                        UNITED STATES DISTRICT COURT JUDGE