ARLENE P. MESSINGER
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

DARRYL J. HOROWITT #100898
CHRISTINE J. LEVIN #192181
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for PROSPERO VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., <br><br> Plaintiff, <br><br> v. <br><br> JOHN W. MURPHY, <br><br> Defendant. | NO.  C 07-03737 VRW <br> **Related Cases:** <br> C 07-03732, C 07-03733, C 07-03735, <br> C 07-03736, C 07-03738, C 07-03739, <br> C 07-03740, C 07-03741 <br><br> STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER |
|---|---|

This stipulation is entered into by and between plaintiff, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P. ("Plaintiff"), by and through their attorneys, COLEMAN & HOROWITT, LLP, and defendant, JOHN W. MURPHY ("Defendant"), In pro se as follows:

**RECITALS**

This stipulation is entered into with the following facts taken into consideration:

1

*U.S. Small Business Administration, etc.*
*v. John W. Murphy*
Case No. C 07-03737 VRW

A. The parties have entered into a settlement agreement which resolves all issues in this matter.

B. Defendant has fully complied with the terms of the settlement agreement. As such, plaintiff is desirous of dismissing the action, with prejudice, as to defendant.

### STIPULATION

With the following facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties hereby stipulate and agree as follows:

1. The complaint in the above-captioned matter shall be dismissed, with prejudice.

2. This dismissal shall not constitute a dismissal of any of the related cases identified in the caption above.

3. This stipulation may be executed in counterparts and a facsimile and/or electronic signature shall be considered as valid as an original.

Dated: August 21, 2008

COLEMAN & HOROWITT, LLP

By: _____
DARRYL J. HOROWITT
Attorneys for Plaintiff,
U.S. SMALL BUSINESS
ADMINISTRATION, as Receiver
for PROSPERO VENTURES, L.P.

REVIEW BY ATTORNEY WAIVED BY DEFENDANT, JOHN W. MURPHY

Dated: August 21, 2008

_____ (pro se)
JOHN W. MURPHY
Defendant In Pro Se

*U.S. Small Business Administration, etc.*
*v. John W. Murphy*
Case No. C 07-03737 VRW

### [~~PROPOSED~~] ORDER

The parties having so stipulated, and good cause appearing therefor,

IT IS HEREBY ORDERED that the complaint shall be dismissed, with prejudice, against Defendant, JOHN W. MURPHY.

Dated: August 29, 2008



HON. VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE

F:\CLIENTS\1875-USSBA\Prospero\01Prospero\Pldg\MurphyJohn\StipDismissal#2.wpd
8/18/08 – 11:12 am

[PROPOSED] ORDER FOR DISMISSAL